# Third District Court of Appeal

## State of Florida

Opinion filed November 22, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1763
Lower Tribunal No. 19-19518
_____

**Gail D. Schaefer,**
Appellant,

vs.

**Frederic C. Schaefer,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marcia Del Rey, Judge.

Tripp Scott, P.A., and Douglas H. Reynolds, Joshua T. Needell and Brieonna S. Christopher (Fort Lauderdale), for appellant.

Dearr Perdigon, and Craig R. Dearr and Wendy S. Rounds, for appellee.

Before FERNANDEZ, SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed.